**FILED**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

2011 SEP -1 P 3: 50

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

*C 11- 3508TEH*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-428)

On July 29, 1991, the Panel transferred 21,937 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,803 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C Robreno.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Aug 09, 2011**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED 8/25/2011

ATTEST:

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                          MDL No. 875

## SCHEDULE CTO–428 – TAG–ALONG ACTIONS

| <u>DIST</u> | <u>DIV.</u> | <u>C.A.NO.</u> | <u>CASE CAPTION</u> |
|------|------|---------|--------------|
| | | | |

**CALIFORNIA CENTRAL**

| CAC | 2 | 11–06226 | Thompson et al v. Autozone Inc et al |
|------|------|---------|--------------|

**CALIFORNIA NORTHERN**

| CAN | 3 | 11–03240 | Kelly et al v. CBS Corporation et al |
|------|------|---------|--------------|
| CAN | 3 | 11–03404 | Gotautis et al v. Todd Shipyards Corporation et al |
| CAN | 3 | 11–03507 | Gerecke et al v. Huntington Ingalls Incorporated et al |
| CAN | 3 | 11–03508 | Johns et al v. General Electric Company et al |
| CAN | 3 | 11–03564 | Gilpin et al v. General Electric Company et al |
| CAN | 4 | 11–03399 | McClain et al v. United States Steel Corporation et al |

**CONNECTICUT**

| CT | 3 | 11–01130 | Grillo et al v. CBS Corporation et al |
|------|------|---------|--------------|

**RHODE ISLAND**

| RI | 1 | 11–00279 | St. Laurent v. A.W. Chesterton, Inc. et al |
|------|------|---------|--------------|

RECEIVED

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

2011 SEP -1  P 3: 47   *ROOM 2609*
*(267) 299-7018*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
PENNSYLVANIA U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-428) from the Judicial
Panel is being sent to you regarding the involved action(s) listed on the attached schedule. These
case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO
OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS
ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the
pacer website; you are not required to forward any documents from your court's records. We are
in the process of assigning new case numbers and all future docketing will be conducted in our
court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions
please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure